No. —, original. EX PARTE FRANK SMITH;

No. —, original. EX PARTE DEWEY WALLACE MCMUR-TREY; and

No. —, original. EX PARTE HUGH A. BOWEN. February 15, 1943. The motions for leave to file petitions for writs of habeas corpus are denied.